Case 1:22-cv-05365-CM   Document 8   Filed 11/21/22   Page 1 of 1

# THE MARKS LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2022

November 21, 2022

**Filed via ECF**
Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 24A
New York, New York 10007-1312

Conference adjourned to
2/2/2023 @ 10:30 Am

*Colleen McMahon*
11/29/2022

    RE:    **Graciela Doncouse v. Fivestory New York LLC, et al.**
            Index:  1:22-cv-05365-CM

Dear Judge McMahon

    Plaintiff respectfully request a forty-five (45) day extension of the initial conference and corresponding deadlines from **December 1, 2022 to January 16, 2023** pursuant to Your Honor's July 20, 2022 Order [Dkt. 5].

    The reason for the request is that, on November 18, 2022, our office again called Defendant, Fivestory New York LLC and spoke to a customer service representative in regard to the above action. The customer service representative informed us that he would relay our message to the manager and that the manager would contact us after reviewing this matter and needed time to speak with an attorney. During this period, Plaintiff will continue to make further attempts to communicate with the other Defendant (Aryeh Realty) and advise this Court on any updates on or before **January 16, 2023** . This is the first request of its kind.

    We thank the Court for its time and consideration on this matter.

                                       Respectfully Submitted,

                                       The Marks Law Firm, P.C.

                                       By: _____
                                       Bradly G. Marks

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com